Entered on Docket
February 24, 2010
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: February 24, 2010

_____
EDWARD D. JELLEN
U.S. Bankruptcy Judge
_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

In re: Toyoaki Uemura                     Case Number: 10-41204 J13

                                          Chapter: 13

Debtor(s)/

**ORDER OF DISMISSAL**

Debtor(s) having failed to comply with this Court's order dated 2/5/10, and no objections having been filed,

THIS CASE IS HEREBY **DISMISSED.**


**\*\*END OF ORDER\*\***

**COURT SERVICE LIST**

All Recipients